UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                                     20-CR-12-02 (PAE)

ISAIAH CRUZ,                                                     SCHEDULING ORDER

                       Defendant.

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a change of plea hearing in this case for **April 12, 2021** at **11:00 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                    *Paul A. Engelmayer*

Dated: April 7, 2021                            PAUL A. ENGELMAYER
       New York, New York                United States District Judge