UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
         :
UNITED STATES OF AMERICA,         :
         :
        -v-         :        20-CR-12-02 (PAE)
         :
ISAIAH CRUZ,         :        <u>SCHEDULING ORDER</u>
         :
        Defendant.         :
         :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules sentencing in this case for **July 20, 2021** at **2:30 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

Dated: July 13, 2021
       New York, New York

                                    PAUL A. ENGELMAYER
                                    United States District Judge