UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-CR-12 (PAE) |
| -v- | ORDER |
| ISAIAH CRUZ, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

In preparing for sentencing in this case, which is scheduled for July 20, 2021, the Court has noted that the Government's sentencing materials do not reflect any written statement from the victim of the offense or indication that the victim was alerted to his right to participate in this sentencing. The Court notifies Government counsel that, at sentencing, the Court will inquire whether such notice was given.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2021
      New York, New York